IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02296-AP

KATHY ROWLISON,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Gail C. Harriss, Esq.
        572 East Third Avenue
        Durango, VO 81301
        (970) 247-4411 (telephone)
        (970) 247-1482 (facsimile number)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: **November 14, 2005.**
   B.   Date Complaint Was Served on U.S. Attorney's Office: **December 1, 2005.**
   C.   Date Answer and Administrative Record Were Filed: **January 30, 2006.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**
**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff does not intend to submit additional evidence.**
**Defendant does not intend to submit additional evidence.**

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**
**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**

**7. OTHER MATTERS**

**Plaintiff has no other matters to bring to the attention of the court.**
**Defendant has no other matters to bring to the attention of the court.**

**8. PROPOSED BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:        **MARCH 21, 2006.**
   B.   Defendant's Response Brief Due:   **APRIL 20, 2006.**
   C.   Plaintiff's Reply Brief (If Any) Due: **MAY 5, 2006.**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
<u>**Plaintiff does not request oral argument.**</u>

    **B.  Defendant's Statement:**
<u>**Defendant does not request oral argument.**</u>

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<i><u>Indicate below the parties' consent choice</u>.</i>

    A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.    (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.*

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this **21st day of February, 2006.**

                                                      BY THE COURT:

                                                   S/John L. Kane
                                                 U.S. DISTRICT COURT JUDGE

**APPROVED:**

### For Plaintiff:

**s/Gail C. Harriss        Date: 02/16/06**
572 East Third Avenue
Durango, VO 81301
(970) 247-4411 (telephone)
(719) 247-1482 (facsimile number)
gail.harriss@dawesandharriss.com

### For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 02/16/05**
By:   Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachumt@ssa.gov
laura.ridgell-boltz@ssa.gov