UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-02296-WDM

KATHY A. ROWLISON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $6,200 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

Accordingly, it is ordered:

1. The unopposed motion for an award of attorney fees, filed April 23, 2007, is granted.

2.	Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $6,200.

DATED at Denver, Colorado, on April 24, 2007

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge